IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 20 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. '10 - CV - 01172 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

BOB KETCHUM, also known as
KENT NORMAN, also known as
ROBERT KETCHUM, also known as
ROBERT H. KETCHUM, also known as
R. H. KETCHUM, also known as
KENT C. NORMAN, also known as
KENT CHARLES NORMAN, named as
THE MEN OF E HALL, in [sic] behalf of themselves and all others similarly situated,

    Plaintiff,

v.

THE WIMIN [sic] OF MINNEQUA MEDICENTER, THEIR OFFICERS, AGENTS,
    DESIGNEES AND EMPLOYEES, and
JANE DOES ONE THROUGH TEN,

    Defendants.

---

ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DISMISSING THE ACTION

---

Plaintiff, Bob Ketchum, also known as Kent Norman, Robert Ketchum, Robert H. Ketchum, R. H. Ketchum, Kent C. Norman, and Kent Charles Norman, submitted to the Court *pro se* a complaint on behalf of "The Men of E Hall." For the reasons stated below, the action will be dismissed.

Mr. Ketchum has been prohibited from proceeding as a proponent of any claim in this Court without the representation of any attorney licensed to practice in the State of Colorado and admitted to practice in this Court, unless he first obtains leave of the

Court to proceed *pro se* in accordance with specific procedures outlined in Appendix B to **Ketchum v. Cruz**, 775 F. Supp. (D. Colo. 1991), *aff'd*, 961 F.2d 916 (10th Cir. 1992). In order to obtain permission to proceed *pro se*, Mr. Ketchum must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" and an affidavit in proper legal form that includes the information specified in the sanction order. He has failed to do so. He also failed to submit either the $350.00 filing fee or a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff, Bob Ketchum, also known as Kent Norman, Robert Ketchum, Robert H. Ketchum, R. H. Ketchum, Kent C. Norman, and Kent Charles Norman, failed to comply with the order enjoining him from filing *pro se* actions without prior leave of Court. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this 18 day of May, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10 – CV – 01172

Bob Ketchum
a/k/a Kent Norman
Minnequa Medicenter
2701 California Street E6
Pueblo, CO 81004-3899

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/20/10

GREGORY C. LANGHAM, CLERK

By_____
          Deputy Clerk