IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01172-ZLW

BOB KETCHUM, also known as
KENT NORMAN, also known as
ROBERT KETCHUM, also known as
ROBERT H. KETCHUM, also known as
R.H. KETCHUM, also known as
KENT C. NORMAN, also known as
KENT CHARLES NORMAN, named as
THE MEN OF E HALL, in [sic] behalf of themselves and all others similarly situated,

        Plaintiff,

v.

WIMIN [sic] OF MINNEQUA MEDICENTER, THEIR OFFICERS, AGENTS,
    DESIGNEES AND EMPLOYEES, and
JANE DOES ONE THROUGH TEN,
        Defendants.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

      Plaintiff submitted a Notice of Appeal on May 26, 2010. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X     is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X     is not submitted
      ___   is not on proper form (must use the court's current form)
      ___   is missing original signature by plaintiff/petitioner on motion
      ___   is missing affidavit
      ___   affidavit is incomplete

1

    __    is missing original signature by plaintiff/petitioner on affidavit
    __    affidavit is not notarized or is not properly notarized
    __    other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, this  3rd  day of  June , 2010.

BY THE COURT:

/s/ Christine M. Arguello
_____
CHRISTINE M. ARGUELLO
United States District Judge for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court